```
                                FILED
                          U.S. DISTRICT COURT
                          EASTERN DISTRICT OF LA

                          2006 OCT -4  AM 7:49

                            LORETTA G. WHYTE
                                 CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESUS GALO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4290** |
| **KATHLEEN BLANCO, GOVERNOR, ET AL.** | **SECTION: "N"(3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on September 26, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this 3rd day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___
```